UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14002-TP-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JUAN LOPEZ-GABRIEL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon an Evidentiary Hearing held in respect to a Petition to Revoke Supervised Release before a Magistrate Judge.

**THE MATTER** was heard before Magistrate Judge Frank J. Lynch Jr, on April 11, 2013. A Report and Recommendation was filed on April 11, 2013, (D.E.#8), recommending that this Court find Defendant has violated the conditions of his supervised release as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's Evidentiary hearing to the Violation as set forth in respect to the Petition to Revoke Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to the Petition to Revoke Supervised Release issued out of the United States District Court for the District of Arizona. A sentencing hearing for final disposition shall be set in a separate notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of April, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office